

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00071-CR

JARED FORD, Appellant

§ On Appeal from Criminal District Court No. 1

§ of Tarrant County (1527494R)

V.

§ April 4, 2019

§ Opinion by Justice Gabriel

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's murder judgment. We affirm that judgment. But we hold that there was error in the trial court's aggravated-robbery judgment. Accordingly, we modify the trial court's aggravated-robbery judgment to reflect a sentence of ten years' confinement. As modified, we affirm the trial court's aggravated-robbery judgment.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel